# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY ALDERSON

NO. 2024 KW 0228

**JUNE 3, 2024**

---

In Re:  Larry Alderson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR4-126887.

---

BEFORE:  **WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT